# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TREDELL SMITH** | * | Civil Action No. 14-1559 |
| | * | |
| Plaintiff, | * | SECTION "R" |
| | * | JUDGE SARAH S. VANCE |
| | * | |
| v. | * | |
| | * | MAG NO. 2 |
| | * | MAG. JUDGE JOSEPH WILKINSON |
| **CITY OF NEW ORLEANS.** *et al* | * | |
| | * | |
| Defendants. | * | |

**************************************

## CONSENT MOTION TO STAY

**NOW INTO COURT**, through the undersigned counsel, comes Plaintiff, Tredell Smith, who respectfully requests that the Court stay the proceedings of this case The Plaintiff is currently in the custody of the Louisiana Department of Corrections for matters arising out of the incident that is the subject of this suit. He will be eligible for good time release next year and desires to better and more fully participate in the preparation of his case.

Defense counsel has been notified and has no objection to this Motion.

**Wherefore,** Tredell Smith requests this Honorable Court to stay all civil proceedings in this case until such time.

Respectfully submitted,

/s/ Desherick J. W. Boone
Desherick J. W. Boone
LA Bar Roll # 34207
THE BOONE LAW FIRM, LLC
2213 Gentilly Blvd.
New Orleans, LA 70122
Ph.: 504.264.3036
Fax: 504.264.9436

Dboonelaw@gmail.com

*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion has been filed electronically with the Clerk of Court using the CM/ECF System and, as such, was served electronically upon all counsel of record on this, the 15th day of January, 2016.

/s/ Desherick J. W. Boone
Desherick J. W. Boone
